Ramon Cazares GUZMAN

v.

STATE.

No. 28845.

Court of Criminal Appeals of Texas.

Jan. 30, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder; the punishment, 25 years.

The appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.

Donald Charles ROWE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28729.

Court of Criminal Appeals of Texas.

Jan. 23, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.